## Fromhold v. Darling, Appellant.

Argued June 12, 1973. *Jon F. Barth,* for appellant; *Martin J. Heiligman,* for appellee.

Judgment affirmed; reargument refused December 27, 1973.

## G. M. McCrossin, Inc., Appellant, v. Allison.

Argued June 14, 1973. *John W. Blasko,* with him *McQuaide, Blasko, Brown & Geiser,* for appellant; *John R. Miller,* with him *Miller, Kistler & Campbell, Inc.,* for appellee.

Order affirmed.

## Gervasi, Appellant, v. Gervasi.

Argued June 15, 1973. *James A. Burgess, Jr.,* for appellant; *Louis Lipschitz,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly refused a decree in divorce in this case.